IN UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF GEORGIA
ATLANTA DIVISION

ARTHUR JACKSON,
    Plaintiff,

V.

CALVIN SMITH, et. al,
    Defendants.

Civil Action File
No. 1:15-CV-3309 TWT-JFK

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 23 2017
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

PLAINTIFF'S NOTICE CHANGE
OF ADDRESS TO:

1942 Penelope Road N.W.
Atlanta, Georgia 30314

This 31 day of July 2017

Arthur Jackson
Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2017 I caused to be mailed the forgoing NOTICE OF CHANGE OF ADDRESS by placing in the United States postal Service properly Addressed to the following:

Clerk of Court
U.S. District Court
Northern District of Georgia
2211 United States Court house. 75 ted turner DR. S.W.
Atlanta, Georgia 30303

Nancy L. Rowan
Office of the County Attorney
141 Pryor Street, S.W.
Atlanta, Georgia 30303

Arthur Jackson
1942 Penelope Road, NW
Atlanta, Georgia 30314

Clerk of Court
United States District Court
2211 United States Courthouse
75 Ted Turner Drive, SW
ATLANTA, GEORGIA 30303-3361